**Order entered August 28, 2020**



In The
Court of Appeals
Fifth District of Texas at Dallas

No. 05-19-00466-CR

JUAN MANUEL AREVALOS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1900219-M

## ORDER

Before the Court is attorney F. Clinton Broden's motion to withdraw as court appointed counsel for Juan Manuel Arevalos. Based on the Court's opinion of this date, we **GRANT** the motion and **DIRECT** the Clerk to remove F. Clinton Broden as counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this

order. Once appointed, appellate counsel shall investigate the record and file a brief within **THIRTY** days of the date of their appointment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; F. Clinton Broden; the Dallas County District Attorney's Office, Appellate Division, and appellant Juan Manuel Arevalos, #02296291, Ellis Unit, 1697 FM 980, Huntsville, TX 77320.

We **DIRECT** the Clerk to remove this case from the submissions docket.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/    LESLIE OSBORNE
         JUSTICE